B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re  JOSE GARCIA
MARIA GARCIA                              ,        Case No. 11-56118

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| InSolve Recovery, LLC by American InfoSource LP | GE CAPITAL RETAIL BANK ATTN: BANKRUPTCY DEPARTMENT |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
InSolve Recovery, LLC by American InfoSource LP
PO Box 269093
Oklahoma City, OK  73126-9093

Court Claim # (if known): 9
Amount of Claim: $924.13
Date Claim Filed: 10/11/2011

Phone: (877) 319-0216
Last Four Digits of Acct #: 3799

Phone: _____
Last Four Digits of Acct. #: 3799

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Blake Hogan                              Date: 07/20/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.